United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| OMAR QUINTANILLA, et al. | No. C 11-5488 NJV |
| Plaintiff(s), | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | [Reassigned Case] |
| MACY'S WEST STORES, INC. et al.,, | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Nandor J. Vadas for trial and all further proceedings, IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 16 and Civil L.R.16-10, that a Case Management Conference shall be held in this case on **March 6, 2012, at 2:00 p.m.,** in Courtroom 205A, 2nd Floor, 514 H Street, Eureka, California. Parties shall appear by video conference and should meet at Judge Vadas' chambers on the 16th Floor at 1:45 p.m. on March 6th. .

All parties should consult and comply with Judge Vadas' Standing Order which can be found on the courts website. All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**NJV**." One copy shall be clearly marked as a <u>chambers</u> copy.

IT IS SO ORDERED.

Dated: February 28, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge