UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| OMAR QUINTANILLA, et al., | Case No. 11-CV-05488 NJV |
| Plaintiffs, | ORDER TO CLOSE CASE |
| v. | |
| MACY'S WEST STORES, INC., et al., | |
| Defendant(s). | |

On January 18, 2013, the parties filed a stipulation to dismiss this case with prejudice pursuant to FRCP 41(a)(1). (Docket no. 27.) The Court finds that the dismissal is proper pursuant to FRCP 41(a)(1)(A)(ii). Accordingly, the Clerk is directed to close this case.

IT IS SO ORDERED.

DATED: January 24, 2013

_____
Nandor J. Vadas
United States Magistrate Judge